NO. 07-07-0503-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 23, 2008
_____

DAVID MCGARY a/k/a DAVID SANDERS,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 46TH DISTRICT COURT OF HARDEMAN COUNTY;

NO. 4006; HON. DAN MIKE BIRD, PRESIDING
_____

*Memorandum Opinion*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant David McGary a/k/a David Sanders appeals from his conviction of possession of a controlled substance (cocaine). His issue on appeal involves comments made during the State's closing argument. The first pertained to the prosecutor's allusion to a "three strikes and you're out" rule. Though objections to the comments were twice sustained and the jury instructed to disregard them, appellant believed that he was entitled

to a mistrial.  The second comment involved reference to punishment being assessed in accordance with community desires.  We affirm.

Regarding the "three strikes" comment and the need for a mistrial, appellant did not request one.  Thus, he waived any complaint he had about not receiving one.  *See Thompson v. State,* 12 S.W.3d 915, 920-21 (Tex. App.–Beaumont 2000, pet. ref'd) (holding that a defendant must request a mistrial to preserve his complaint for review).

As for the purported reference to community desires when assessing punishment, no objection was uttered.  Thus, appellant also failed to preserve this complaint.  *See Archie v. State,* 221 S.W.3d 695, 699 (Tex. Crim. App. 2007) (stating that to preserve error regarding prosecutorial argument, a defendant must pursue his objections to an adverse ruling).

Accordingly, we overrule the issue and affirm the judgment of the trial court.


Per Curiam


Do not publish.